**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMED BELAL,<br><br>          Petitioner,<br><br> v.<br><br>JESUS ROCHA, *et al.*,<br><br>          Respondents. | Case No. 26-cv-01427-BAS-BLM<br><br>**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 9)** |

Petitioner Mohammed Belal filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 9.) The Court held a hearing on the Petition. (ECF No. 15.)

In light of the Government's non-opposition to the Petition, the Court **GRANTS** the Petition and finds that Petitioner's detention has been unreasonably and arbitrarily prolonged under the Due Process Clause. Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Mohammed Belal (A# 221-390-403) within 14 days of the date of this Order. At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. If the Government fails to provide a timely hearing, Petitioner is ordered released forthwith.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1427